# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

Robert P. Young, Jr.,
Chief Justice

146832

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

GREENBROOKE PARKHOMES
CONDOMINIUM ASSOCIATION,
          Plaintiff-Appellant,

v

SC: 146832
COA: 305985
Oakland CC: 2011-116499-CH

KATHY L. THOMAS,
          Defendant,

and

MIDFIRST BANK,
          Defendant-Appellee,

and

SECRETARY OF HOUSING AND URBAN
DEVELOPMENT,
          Defendant.

_____/

      On order of the Court, the application for leave to appeal the November 20, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

h0923